UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR11-5285RJB |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING MOTION TO SUPPRESS EVIDENCE |
| JOSEPH T. SCHESSO, | ) | |
| Defendant. | ) | |

The defendant having brought a motion to suppress evidence, and the Court having considered the arguments, memoranda, and evidence presented both in support of and in opposition to the motion, now, therefore,

ORDERS that all evidence seized from defendant's home pursuant to a search warrant issued on June 30, 2010, and all fruits of such evidence, obtained by law enforcement officers during the warrantless search, and items seized pursuant to a second warrant stemming from the June 30, 2010, search are SUPPRESSED.

For the reasons stated orally on the record by the Court, law enforcement's actions violated the defendant's rights under the Fourth Amendment to the United States

/ /
/

ORDER TO SUPPRESS -- 1
*United States v. Schesso; CR11-5285RJB*

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway , Suite 400**
**Tacoma, Washington 98402**
**(253) 593-6710**

Constitution and may not be used by the government in its case in chief against the defendant.

DONE this 21st day of October, 2011.

_Robert J Bryan_
Robert J Bryan
United States District Judge

Presented by:

*/s/ Colin Fieman*
Colin Fieman, Attorney for Defendant

ORDER TO SUPPRESS -- 2
*United States v. Schesso; CR11-5285RJB*

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, Washington 98402**
**(253) 593-6710**