Judge Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JOSEPH SCHESSO,<br><br>　　　　　　　　　Defendant. | NO. CR11-5285 RJB<br><br>**ORDER GRANTING GOVERNMENT'S MOTION FOR STAY OF PROCEEDINGS PENDING INTERLOCUTORY APPEAL** |

Upon review of the Government's Motion for Stay of Proceedings Pending Interlocutory Appeal (Dkt 90), Defendant not objecting (Dkt 92), the Court finds that a stay of proceedings pending the appeal would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the Government's Motion is granted.

IT IS FURTHER ORDERED that Plaintiff will notify the Court forthwith when the appeal resolved.

DATED this 15 day of November, 2011.


Robert J Bryan
United States District Judge

Presented by:
*/s/ Marci Ellsworth*
Marci L. Ellsworth
Special Assistant United States Attorney

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970