JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR11-5285 RJB |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER FOR ISSUANCE OF SUBPOENA TO THE WASHINGTON STATE DEPARTMENT OF CORRECTIONS |
| JOSEPH T. SCHESSO, | ) ) | |
| Defendant. | ) ) | |

This matter having come before the Court on defendant Joseph T. Schesso's Motion for Issuance of Subpoena to the Washington State Department of Corrections and the affidavit of Colin Fieman, and the Court being fully advised, it is therefore ordered:

l.   That the defendant's motion is granted.  Defendant is hereby authorized to issue subpoenas to the Washington State Department of Corrections, c/o Timothy Lang, Assistant Attorney General - Corrections Division; 1125 Washington Street SE; P.O. Box 40116; Olympia, WA 98504-0116;

2.   That Washington State Department of Corrections delivers the requested documents and records to the Federal Public Defender Office at 1331 Broadway, Suite 400, Tacoma, WA 98402;

ORDER FOR ISSUANCE OF SUBPOENA          - 1
*United States v.  Joseph T. Schesso* / CR11-5285 RJB

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(206) 593-6410**

3. That Washington State Department of Corrections should produce the documents and/or information that are the subject of the subpoenas on or before March 26, 2014, one week from the date of this order.

DONE THIS 18th day of March, 2014.

_____
Robert J Bryan
United States District Judge

Presented by:

*s/ Colin Fieman*
Colin Fieman
Attorney for Joseph T. Schesso

ORDER FOR ISSUANCE OF SUBPOENA    - 2
*United States v. Joseph T. Schesso* / CR11-5285 RJB

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(206) 593-6410